Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 12-cv-01191-JSW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **RUGIERO PATINO SANTOS, et al.** | |
| **Defendant.** | |

**TO THE HONORABLE JEFFREY S. WHITE, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Friday, June 29, 2012 at 1:30 p.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that the Defendant Rugiero Patino Santos has not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant. As a result, Plaintiff's counsel has not conferred with the defendant

[1] Please see ECF #8.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING INITIAL SCHEDULING
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:12-cv-01191-JSW
PAGE 1

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, June 29, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: June 15, 2012

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:12-cv-01191-JSW**
**PAGE 2**

1

## ORDER (Proposed)

2
Plaintiff's request to continue the Case Managment Conference is GRANTED.  The Court
CONTINUES the case management conference from June 29, 2012 to August 24, 2012 at 1:30 p.m.

3
~~It is hereby ordered that the Case Management Conference in civil action number 3:12-cv-01191-~~

4
~~JSW styled *J & J Sports Productions, Inc. v. Rugiero Patino Santos, et al.*, is hereby vacated.~~

5
Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

6
Certification of Service of this Order with the Clerk of the Court.

7
The Joint Case Management Statement shall be due on August 17, 2012.

8

9

10
**IT IS SO ORDERED**:

11

12

13
_____               Dated: June 15, 2012

14
**THE HONORABLE JEFFREY S. WHITE**
**United States District Court**

15
**Northern District of California**

16
///

17
///

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

27
///

28
///