Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 12-cv-01191-JSW** |
| **Plaintiff,** | |
| | **PLAINTIFF'S *EX PARTE*** |
| **vs.** | **APPLICATION FOR AN ORDER** |
| | **CONTINUING CASE MANAGEMENT** |
| **RUGIERO PATINO SANTOS, et al.** | **CONFERENCE; AND ORDER** |
| | **(Proposed)** |
| **Defendant.** | |

TO THE HONORABLE JEFFREY S. WHITE, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Friday, June 29, 2012 at 1:30 p.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that the Defendant Rugiero Patino Santos has not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant. As a result, Plaintiff's counsel has not conferred with the defendant

---
[1] Please see ECF #8.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING INITIAL SCHEDULING**
**CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:12-cv-01191-JSW**
**PAGE 1**

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, June 29, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: June 15, 2012

*/s/ Thomas P. Riley*
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING INITIAL SCHEDULING
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:12-cv-01191-JSW
PAGE 2

1

**<u>ORDER</u>** ~~(Proposed)~~

2

Plaintiff's request to continue the Case Managment Conference is GRANTED. The Court
CONTINUES the case management conference from June 29, 2012 to August 24, 2012 at 1:30 p.m.

3

~~It is hereby ordered that the Case Management Conference in civil action number 3:12-cv-01191-~~

4

~~JSW styled~~ *~~J & J Sports Productions, Inc. v. Rugiero Patino Santos, et al.~~*~~, is hereby vacated.~~

5

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

6

Certification of Service of this Order with the Clerk of the Court.

7

The Joint Case Management Statement shall be due on August 17, 2012.

8

9

10

**IT IS SO ORDERED**:

11

12

13

_____          Dated: June 15, 2012 _____

14

**THE HONORABLE JEFFREY S. WHITE**
**United States District Court**

15

**Northern District of California**

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

**PLAINTIFF'S** *EX PARTE* **APPLICATION FOR AN**
**ORDER CONTINUING INITIAL SCHEDULING**
**CONFERENCE; AND ORDER** ~~(Proposed)~~
**CASE NO. 3:12-cv-01191-JSW**
**PAGE 3**