Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | CASE NO. 3:12-cv-01191-JSW |
| Plaintiff, | STIPULATION TO EXTEND MEDIATION DEADLINE; and |
| vs. | ORDER (Proposed) |
| RUGIERO PATINO SANTOS, | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendant Rugiero Patino Santos, hereby agree, stipulate, and respectfully request that this Honorable Court extend the mediation deadline in the above entitled action from December 7, 2012 to January 25, 2013.

The parties mutually request this brief but necessary continuance of the present deadline in order that Plaintiff may conduct limited discovery in advance of the mediation.

///

In addition, due to preexisting scheduling conflicts neither Plaintiff's authorized representative nor Plaintiff's counsel is available to participate in a mediation by December 7, 2012.

**WHEREFORE,** IT IS HEREBY STIPULATED TO AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court extend the mediation deadline to January 25, 2013.

Respectfully submitted,

Dated: November 30, 2012     */s/ Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

Dated: November 30, 2012
                            **LAW OFFICES OF BRUCE C. PIONTOWSKI**
                            By: Bruce C. Piontkowski
                            Attorneys for Defendant
                            Rugiero Patino Santos

///

///

///

///

///

///

STIPULATION TO EXTEND MEDIATION DEADLINE;
AND ORDER (Proposed)
CASE NO3:12-cv-01191-JSW
PAGE 2

1

# ORDER ~~(Proposed)~~

2

3

4       **IT IS HEREBY** ordered that the mediation deadline in the above-entitled

5   action is hereby extended from December 7, 2012 to January 25, 2013.

6

7

8

9

10  **IT IS SO ORDERED**:

11

12

13

14  _____          Dated: _December 3, 2012_____

15  **Honorable Jeffrey S. White**

16  **United States District Court**

17  **Northern District of California**

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///