IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                                                 No. C 12-01191 JSW

    v.                                                       **ORDER TO SHOW CAUSE**

RUGIERO PATINO SANTOS, et al.,

    Defendants.
_____/

      This matter was scheduled for the initial case management conference on January 11, 2013. Pursuant to the Order setting the case management conference, issued on August 27, 2012, the parties are required to appear "in person through lead counsel...." (Docket No. 7.) According to the Joint Case Management Statement, lead counsel for Plaintiff is Thomas P. Riley, Esq., and lead counsel for Defendant is Bruce C. Piontkowski, Esq.[1] Neither Mr. Riley nor Mr. Piontkowski appeared on January 11, 2013, and neither attorney filed a request to be excused from appearing. Accordingly, counsel are HEREBY ORDERED TO SHOW CAUSE why they should not pay monetary sanctions in the amount of $250.00 for their failure to comply with the Court's Order setting the case management conference.

//

//

//

//

---

[1] Curtis R. Tingley, Esq. and John A. McMahon, Esq., also of Tingley Piontkowski LLP appear on the Court's docket as lead counsel for Defendants. Neither Mr. Tingley nor Mr. McMahon appeared on behalf of Defendants.

The responses shall be due on January 24, 2013.

**IT IS SO ORDERED.**

Dated: January 14, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE