IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

RUGIERO PATINO SANTOS, et al.,

    Defendants.
_____/

No. C 12-01191 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received and considered the responses to the Order to Show Cause issued on January 14, 2013, and it shall DISCHARGE the Order to Show Cause without imposing monetary sanctions.

**IT IS SO ORDERED.**

Dated: January 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE