1
2
3

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

4
5

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

6
7

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11
12
13
14
15
16
17

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | **CASE NO. 3:12-cv-01191-JSW** |
| **Plaintiff,** | **SECOND STIPULATION TO EXTEND MEDIATION DEADLINE; and ORDER (Proposed)** |
| **vs.** | |
| **RUGIERO PATINO SANTOS,** | |
| **Defendant.** | |

18
19

**TO THIS HONORABLE COURT:**

20

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and

21

Defendant Rugiero Patino Santos, hereby agree, stipulate, and respectfully request

22

that this Honorable Court extend the mediation deadline in the above entitled action

23

from January 25, 2013 to March 31, 2013.

24

The parties mutually request this brief, but necessary, continuance of the

25

present deadline in order that the Parties may continue limited discovery before any

26

mediation takes place.  Counsel has resolved many, many commercial signal piracy

27
28

matters similar to the instant action and are confident that ongoing efforts towards

resolution will likewise resolve all claims at issue in this particular action.

The additional continuance presents no prejudice to the Parties or this Honorable Court as a trial date in this action has yet to be scheduled.

**WHEREFORE**, IT IS HEREBY STIPULATED TO AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court extend the mediation deadline to March 31, 2013.

Respectfully submitted,

Dated: January 25, 2013         */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated:  January 25, 2013          */s/ Jonathan McMahon*
**TINGLEY PIONTKOSKI, LLP**
By: Jonathan McMahon
Attorneys for Defendant
Rugiero Patino Santos

///
///
///
///
///
///

# ORDER ~~(Proposed)~~

**IT IS HEREBY** ordered that the mediation deadline in the above-entitled action is hereby extended from January 25, 2013 to March 31, 2013.

**IT IS SO ORDERED**:

_____          Dated: _January 28, 2013_____
**Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

**STIPULATION TO EXTEND MEDIATION DEADLINE;**
**AND ORDER** ~~(Proposed)~~
**CASE NO. 3:12-cv-01191-JSW**
**PAGE 3**