**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | **CASE NO. 3:12-cv-01191-JSW** |
| **Plaintiff,** | **SECOND STIPULATION TO EXTEND MEDIATION DEADLINE; and ORDER** ~~(Proposed)~~ |
| **vs.** | |
| **RUGIERO PATINO SANTOS,** | |
| **Defendant.** | |

### TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendant Rugiero Patino Santos, hereby agree, stipulate, and respectfully request that this Honorable Court extend the mediation deadline in the above entitled action from January 25, 2013 to March 31, 2013.

The parties mutually request this brief, but necessary, continuance of the present deadline in order that the Parties may continue limited discovery before any mediation takes place. Counsel has resolved many, many commercial signal piracy matters similar to the instant action and are confident that ongoing efforts towards

resolution will likewise resolve all claims at issue in this particular action.

The additional continuance presents no prejudice to the Parties or this Honorable Court as a trial date in this action has yet to be scheduled.

**WHEREFORE**, IT IS HEREBY STIPULATED TO AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court extend the mediation deadline to March 31, 2013.

Respectfully submitted,

Dated: January 25, 2013          */s/ Thomas P. Riley*
                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                         By: Thomas P. Riley
                                         Attorneys for Plaintiff
                                         J & J Sports Productions, Inc.

Dated:  January 25, 2013          */s/ Jonathan McMahon*
                                         **TINGLEY PIONTKOSKI, LLP**
                                         By: Jonathan McMahon
                                         Attorneys for Defendant
                                         Rugiero Patino Santos

///
///
///
///
///
///

1

# ORDER ~~(Proposed)~~

2

3

4        **IT IS HEREBY** ordered that the mediation deadline in the above-entitled

5   action is hereby extended from January 25, 2013 to March 31, 2013.

6

7

8

9

10  **IT IS SO ORDERED**:

11

12

13

14  _____                    Dated: _____January 28, 2013_____

15  **Honorable Jeffrey S. White**

16  **United States District Court**

17  **Northern District of California**

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO EXTEND MEDIATION DEADLINE;
AND ORDER ~~(Proposed)~~
CASE NO. 3:12-cv-01191-JSW
PAGE 3