Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  3:12-cv-01191-JSW |
| Plaintiff, | PLAINTIFF J&J SPORTS PRODUCTIONS, INC. AND DEFENDANT RUGIERO PATINO SANTOS' STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; and ORDER (Proposed) |
| v. | |
| RUGIERO PATINO SANTOS, | DATE:  Friday, March 1, 2013 |
| Defendant. | TIME:  1:30 P.M. |

TO THE HONORABLE JEFFREY S. WHITE, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:

1.      By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendant Rugiero Patino Santos, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference in this action, presently set for Friday, March 1, 2013 at 1:30 pm.

2.      This request is necessitated by the fact that Mr. Thomas Riley, Plaintiff's lead trial counsel is ordered to appear for Settlement Conference before the Honorable Charles F. Eick in the matter of *Joe Hand Promotions, Inc. v. Clark, et al.,* Case No. 5:11-cv-00722-WDK-E in the United States District Court for the Central District of California, Los Angeles Division at 1:30 PM (PST) that very same day.

3.   In addition, on Friday, February 1, 2013, Plaintiff's lead trial counsel was recently (February 1, 2013) released from Keck Hospital of the University of Southern California after being re-admitted to address complications of right knee replacement surgery that was originally performed by Doctor Lawrence D. Dorr, M.D. on January 8, 2013.  By all indications, Plaintiff's counsel will be incapable of airline travel until the very end of February 2013.

4.   Plaintiff's counsel and defense counsel are mutually agreeable to the new date of the Court's convenience, in lieu of the March 1, 2013 date being problematic.


**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Case Management Conference presently scheduled for Friday, March 1, 2013 to a new date of the Court's convenience.


Respectfully submitted,


Dated: February 22, 2013                    */s/ Thomas P. Riley*
                                            **LAW OFFICES OF THOMAS P. RILEY**
                                            By: Thomas P. Riley
                                            Attorneys for Plaintiff
                                            J & J Sports Productions, Inc.


Dated: February 22, 2013                    */s/ Jonathan A. McMahon*
                                            **TINGLEY PIONTKOWSKI, LLP**
                                            By: Jonathan Andrew McMahon
                                            Attorneys for Defendant
                                            Rugiero Patino Santos

## ORDER ~~(Proposed)~~

**IT IS HEREBY ORDERED** that the Case Management Conference in civil action 3:12-cv-01191-JSW styled *J & J Sports Productions, Inc. v. Santos,* is hereby continued from March 1, 2013 to ~~a new date of the Court's convenience.~~ March 29, 2013.

**IT IS SO ORDERED:**

_____     Dated: February 25, 2013
**THE HONORABLE JEFFREY S. WHITE**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///
///
///
///
///