1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   J&J SPORTS PRODUCTIONS, INC.,

10          Plaintiff,                         No. C 12-01191 JSW

11      v.                                     **ORDER DENYING WITHOUT**
                                               **PREJUDICE REQUEST TO**
12   RUGIERO PATINO SANTOS, et al.,            **VACATE**

13          Defendants.
                                        /
14

15          On May 14, 2013, Plaintiff filed a Request for Judicial Notice of Settlement.[1]  Plaintiff

16   also represents that the parties request that all presently calendared deadlines and appearances

17   be vacated.  However, Defendants' counsel has not signed off on the "Request for Judicial

18   Notice of Settlement."  To the extent Plaintiff is moving under Northern District Civil Local

19   Rule 7-11 for a continuance, Defendants have appeared in this action and have four days to file

20   a response to such a motion.  *See* N.D. Civ. L.R. 7-11(b).  Thus, the Court could not act on

21   Plaintiff's request before the next scheduled appearance, the initial case management

22   conference set for May 17, 2013 at 1:30 p.m.  For these reasons, the Court DENIES Plaintiff's

23   request to vacate all presently calendared deadlines an appearances.

24   //

25

26

27

28          [1]      The Court cannot take "judicial notice" of the settlement, because there are no
     documents or evidence to support the fact that a settlement exists.  *See* Fed. R. Evid. 201.  To
     the extent Plaintiff simply wishes to advise the Court that the parties have settled the matter,
     a simple notice would have sufficed.

**United States District Court**
For the Northern District of California

1    The parties shall appear as scheduled on May 17, 2013 for the case management

2  conference, unless the parties stipulate to continue the matter based on the settlement or

3  Plaintiff files a notice of dismissal before that date.

4    **IT IS SO ORDERED.**

5  Dated: May 15, 2013



6    JEFFREY J. WHITE
     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2