Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RUGIERO PATINO SANTOS,<br><br>Defendant. | CASE NO. 3:12-cv-01191-JSW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RUGIERO PATINO SANTOS individually and d/b/a EL ZARAPE BAR & GRILL |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RUGIERO PATINO SANTOS individually and d/b/a EL ZARAPE BAR & GRILL, that the above-entitled action is hereby dismissed **without prejudice** against RUGIERO PATINO SANTOS individually and d/b/a EL ZARAPE BAR & GRILL and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by June 25, 2013, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

STIPULATION OF DISMISSAL
3:12-cv-01191-JSW
PAGE 1

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party

2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6  Dated: May 15, 2013

7                                              LAW OFFICES OF THOMAS P. RILEY, P.C.
                                               By: Thomas P. Riley
8                                              Attorneys for Plaintiff
                                               J & J SPORTS PRODUCTIONS, INC.
9

10

11  Dated: May 16, 2013

12                                             TINGLEY PIONTKOWSKI, LLP
                                               By: Kevin W. Issacson
13                                             Attorneys for Defendant
                                               RUGIERO PATINO SANTOS, individually and d/b/a
14                                             El ZARAPE BAR AND GRILL

15

16

17

18

19

20

21

22

23

    IT IS SO ORDERED:
24

25

26                                                          Dated: May 16, 2013

    The Honorable Jeffery S. White
27  United States District Court
    Northern District of California
28

    STIPULATION OF DISMISSAL
    3:12-cv-01191-JSW
    PAGE 2