1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9

10 J & J SPORTS PRODUCTIONS, INC.,        CASE NO. 3:12-cv-01191-JSW

11            Plaintiff,                   STIPULATION OF DISMISSAL OF
                                           PLAINTIFF'S COMPLAINT AGAINST
12      vs.                                DEFENDANT RUGIERO PATINO SANTOS
                                           individually and d/b/a EL ZARAPE BAR &
13 RUGIERO PATINO SANTOS,                  GRILL

14            Defendant.
15

16

17      **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS,

18 INC. and Defendant RUGIERO PATINO SANTOS individually and d/b/a EL ZARAPE BAR &

19 GRILL, that the above-entitled action is hereby dismissed **without prejudice** against RUGIERO

20 PATINO SANTOS individually and d/b/a EL ZARAPE BAR & GRILL and subject to the Court's

21 jurisdiction to enforce the settlement agreement reached between the Parties.

22      **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

23 motion to reopen this action by June 25, 2013, the dismissal shall be deemed to be **with prejudice.**

24 ///

25 ///

26 ///

27 ///

28

STIPULATION OF DISMISSAL
3:12-cv-01191-JSW
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 15, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: May 16, 2013

TINGLEY PIONTKOWSKI, LLP
By: Kevin W. Issacson
Attorneys for Defendant
RUGIERO PATINO SANTOS, individually and d/b/a
El ZARAPE BAR AND GRILL

IT IS SO ORDERED:

Dated: May 16, 2013

The Honorable Jeffery S. White
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
3:12-cv-01191-JSW
PAGE 2